UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON DERRAL BROWN,<br><br>  Petitioner,<br><br>  v.<br><br>NORTH KERN STATE PRISON, DIRECTOR OF CDCR,<br><br>  Respondents. | No. 1:21-cv-01061-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PETITIONER'S MOTION FOR EMERGENCY INJUNCTIVE RELIEF<br><br>(Doc. No. 11) |

Petitioner Kenyon Derral Brown is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2021, the assigned magistrate judge issued findings and recommendations to deny petitioner's motion for emergency injunctive relief. (Doc. No. 11.) The parties were provided with fourteen (14) days to file objections to the findings and recommendations. (*Id*. at 3.) Petitioner twice filed objections to the findings and recommendations. (Doc. Nos. 13, 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

/////

Accordingly,

1. The findings and recommendations issued on August 9, 2021 (Doc. No. 11) are adopted in full; and

2. Petitioner's motion for emergency injunctive relief (Doc. No. 10) is denied.

IT IS SO ORDERED.

Dated: __**October 7, 2021**__          _____
UNITED STATES DISTRICT JUDGE