UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON DERRAL BROWN,<br><br>  Petitioner,<br><br>  v.<br><br>NORTHERN KERN STATE PRISON, WARDEN,<br><br>  Respondent. | Case No.  1:21-cv-01061-DAD-HBK (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR REVIEW OF PETITION TO THE LIMITED EXTENT SET FORTH HEREIN<br><br>(Doc. No. 33) |

Petitioner Kenyon Derral Brown, a state prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1). Before the Court is Petitioner's "Motion for Judgment." (Doc. No. 33).

The Court liberally construes the motion as a request for the Court to review the petition and issue a ruling. (Doc. No. 33). The Court has the discretion to manage its own docket. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992). And while the Court endeavors to handle all matters as expeditiously as possible, this Court has "long labored under one of the heaviest caseloads in the nation." *See* Standing Order in Light of Ongoing Judicial Emergency in Eastern District of California.

Accordingly, Petitioner is advised that the Court will issue findings and recommendations regarding his petition in due course. Therefore, Petitioner's motion for review is granted to the extent that the Court will consider and review this matter as quickly as its caseload permits.

Accordingly, it is **ORDERED**:

Petitioner's motion for review of the petition (Doc. No. 33) is **GRANTED** to the limited extent that the Court will review this case as expeditiously as possible in light of its current caseload.

Dated:   June 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE